**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TERRENCE LEE                                                                                          PLAINTIFF

v.                                           No. 4:11CV00526 JLH

LEXICON, INC.                                                                                         DEFENDANT

## ORDER

The Initial Scheduling Order was filed in this matter on June 30, 2011, and instructed the parties to file their Rule 26(f) Report by September 19, 2011.  The report has not been filed.  Therefore, the parties are directed to file their Rule 26(f) Report by Monday, November 21, 2011.

IT IS SO ORDERED this 14th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE