**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TERENCE LEE                                                                                              PLAINTIFF

v.                                        No. 4:11CV00526 JLH

LEXICON, INC.,
d/b/a CUSTOM METALS                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Lexicon, Inc., d/b/a Custom Metals, on the complaint of Terence Lee. The complaint of Terence Lee is dismissed with prejudice.

IT IS SO ORDERED this 9th day of April, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE